IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONTE CRAIG PACKINEAU | **INDICTMENT**<br><br>Case No. ________________________<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2023, and continuing until, in or about September 2025, in the District of North Dakota, and elsewhere,

MONTE CRAIG PACKINEAU

knowingly and intentionally combined, conspired, confederated, and agreed with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including: (i) a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and (iii) a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and other conspirators would and did distribute, and possess with intent to distribute, fentanyl, methamphetamine, heroin, and other controlled substances in and about the Fort Berthold Reservation within North Dakota, and elsewhere;

2. It was further a part of said conspiracy that the defendant and other conspirators would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones and social media applications, to facilitate the distribution of controlled substances and collection and transfer of drug proceeds; and

5. It was further a part of said conspiracy that defendant and other conspirators traveled to locations outside North Dakota to acquire controlled substances for distribution within North Dakota;

In violation of Title 21, United States Code, Section 846; and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Controlled Substances**
**(Fentanyl mixture)**

The Grand Jury Further Charges:

In or about August 2025, in the District of North Dakota,

MONTE CRAIG PACKINEAU,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

PRIOR CONVICTION

In accordance with Title 21, United States Code, Section 841(b)(1)(C), the Grand Jury finds the following:

MONTE CRAIG PACKINEAU has one or more prior convictions for a "felony drug offense," namely: (i) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, a Felony, in violation of 21 U.S.C. § 846, on or about September 1, 2021, in United States District Court for the District of North Dakota, Case Number 1:19-cr-160-06.

1. MONTE CRAIG PACKINEAU "served a term of imprisonment of more than 12 months" for this prior conviction;
2. MONTE CRAIG PACKINEAU was last released from service of "any term of imprisonment" for this prior conviction within fifteen (15) years of the commencement of the instant offense conduct; and,

The instant offense conduct in Counts One and Two of this Indictment commenced in or about 2023 and September 2025, respectively.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

NB/ak