UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

Monte Packinau

Defendant.

Case No Case No. 1:22-cr-00170-DLH

MOTION TO CONTINUE TRIAL

Defendant, by and through counsel, respectfully requests that the current trial date be continued. The defendant's attorney has not adequately prepared for trial and requests more time. This is not made in an effort to drag out proceedings or unnecessarily delay matters. The defendant has signed an informed consent and understands the motion to continue and is in agreement with it. The Government also does not object.

Respectfully submitted,

4/21/26

/s/ Ashley Gulke .

Ashley Gulke 06829
1602 4th Ave NW Suite A
Minot, ND 58703
AshleyGulke@gmail.com
701-353-05855
ATTORNEY FOR DEFENDANT